# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| MARTHA MORRISON,<br><br>        Plaintiff,<br><br>   v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al,<br><br>        Defendants. | Case No. 8:19-cv-00144-JLS (KESx)<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL OF LAWSUIT, WITH PREJUDICE** |

Pursuant to the Stipulation between plaintiff Martha Morrison ("Plaintiff") and defendant Liberty Insurance Corporation ("Defendant") dated February 4, 2021 (Stipulation, Doc. 47), and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. That the Stipulation of the parties is accepted and approved;
2. That the action is hereby dismissed in its entirety, with prejudice; and
3. That each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 16, 2021

*[signature]*

Honorable Josephine L. Staton
United States District Judge